## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| The Trustees of the Minneapolis On-Sale Liquor Pension Fund, and the Trustees of the Minneapolis Culinary, Beverage and Miscellaneous Employers-Employees Trust Fund, | Civil File No. 05-CV-1672 MJD/AJB |
| Plaintiffs, | |
| vs. | **ORDER** |
| Schooner, Inc., a Minnesota corporation, d/b/a Schooner Bar, | |
| Defendant. | |

---

Based upon the parties' Stipulation, this matter is hereby dismissed with prejudice. This matter may be reopened upon application of either party in the event of a default or breach of the terms of the parties' settlement.

SO ORDERED.

Dated: April 12, 2006
                                            s / Michael J. Davis
                                            MICHAEL J. DAVIS
                                            United States District Judge